# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**PRISCILLA ANN VANHOOSIER,**         CASE NO.   3:12-cv-084

   Plaintiff,                          **Judge Timothy S. Black**

  **-vs-**

**COMMISSIONER OF SOCIAL SECURITY,**

  Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

[ ]  **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]  **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of the Magistrate Judge (Doc. 17) are **ADOPTED**; that the Plaintiff's Objections (Doc. 18) are **OVERRULED**; that the Commissioner's Decision that the Plaintiff was not disabled is **AFFIRMED**; and that the case is **CLOSED** from the docket of the Court.

Date: April 22, 2013                              **JOHN P. HEHMAN, CLERK**

                                                                      By: *s/ M. Rogers*
                                                                       Deputy Clerk